# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00258-CV

### R. P., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
### NO. 18,072, THE HONORABLE JOE CARROLL, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on April 15, 2013. By request to this Court dated May 2, 2013, Shana Wise requested an extension of 10 days.

Effective March 1, 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Shana Wise is hereby ordered to file the reporter's record in this case on or before May 13, 2013. If the record is not filed by that date, Wise may be required to show cause why she should not be held in contempt of court.

It is ordered on May 3, 2013.

Before Justices Puryear, Pemberton and Rose